**Opinion issued June 21, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

———————

## NO. 01-11-01050-CR

———————

## MICHAEL HOSEA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

### On Appeal from the 232nd District Court
### Harris County, Texas
### Trial Court Cause No. 9415203

---

## MEMORANDUM OPINION

Appellant, Michael Hosea, attempts a second appeal of his March 31, 1995 conviction for murder. This Court previously affirmed the judgment of the trial court. *See Hosea v. State,* No. 01–95–00358–CR, 1997 WL 709453 (Tex. App.— Houston [1st Dist.] Nov. 6, 1997), pet. ref 'd.).

This court lacks jurisdiction to consider a second appeal from appellant's final conviction. The exclusive post-conviction remedy in final felony convictions in Texas courts is through a writ of habeas corpus pursuant to Texas Code of Criminal Procedure article 11.07. TEX.CODE CRIM. PROC. ANN. art. 11.07, § 5 (Vernon Supp. 2010) (providing that "[a]fter conviction, the procedure outlined in this Act shall be exclusive and any other proceeding shall be void and of no force and effect in discharging the prisoner"); *Ater v. Eighth Court of Appeals,* 802 S.W.2d 241 (Tex. Crim. App. 1991).

Accordingly, because we lack jurisdiction over the appeal, we grant the State's motion to dismiss. *See* TEX. R. APP. P. 25.2(d), 42.3(a), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

Do not publish.  TEX. R. APP. P. 47.2(b).